UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANET LYNN GRANT,<br>      Plaintiff, | )<br>)<br>) |
| vs. | )   Case No. 5:23-CV-04033<br>) |
| STATE OF KANSAS, DEPARTMENT OF<br>CHILDREN AND FAMILIES,<br>      Defendant. | )<br>)<br>) |

## ADR REPORT

| | |
|---|---|
| Type of ADR: | **Mediation** |
| Name of Mediator or Other Neutral: | **Joe Eischens of Eischens + Vogel Mediation** |
| ADR Session Held (date): | **January 3, 2024** |
| Additional Sessions: | **None** |
| Results of Referral to ADR: | **Case did <u>not</u> settle** |
| Mediation Fees (answer only if private mediator used): | **$2,650.00** |
| Did neutral service pro bono? | **No** |
| Did neutral serve for a reduced fee? | **No** |
| Status of litigation when ADR occurred: | **Partial discovery** |
| Length of ADR session: | **6-7 hours** |

Dated: 01/31/2024

                */s/Chloe Elizabeth Davis*
                */s/Bruce Alan Brumley*
                Attorney Signature